FILE COPY

No. 07-19-00144-CV

| | | |
|---|---|---|
| Pride Network, Inc., a Texas Corporation, d/b/a NTS Communications, and NTS Communications, Inc. a Texas Corporation<br>    Appellant | §<br>§<br>§<br>§ | From the 237th District Court<br>    of Lubbock County<br><br>April 23, 2019<br><br>Opinion Per Curiam |
| v. | § | |
| ACRS 2000 Corp., an Oklahoma Corporation<br>    Appellee | | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 23, 2019, it is ordered, adjudged and decreed that this appeal is dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered, adjudged and decreed that inasmuch as the appeal is dismissed at the appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

It is further ordered that this decision be certified below for observance.

o O o